HEATHER E. WILLIAMS
Federal Defender
CHRISTINA M. CORCORAN
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JOSEPH RAYMOND ROCHA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  1:24-CR-00081-KES-BAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR AMENDED BRIEFING SCHEDULE** |
| v. | |
| JOSEPH RAYMOND ROCHA, | |
| Defendant. | |

On July 18, 2024, the district court held a hearing on defendant's motion to dismiss and motion to revoke the detention order. ECF Dkt. # 34. At that hearing, the parties set a briefing schedule for the filing of further briefing in light of recent case law developments. The parties hereby stipulate to the following proposed amended briefing schedule: Defense briefing due Monday, August 5, 2024; government response due August 19, 2024; defense reply due September 3, 2024. In light of the amended briefing schedule, the parties request that the hearing scheduled for August 5, 2024 be continued to September 9, 2024, at 9:00 AM.

**IT IS SO STIPULATED.**

/ / /

/ / /

/ / /

1

|  |  |
|---|---|
|  | Respectfully Submitted, |
| DATED: July 29, 2024 | */s/ Christina Corcoran*<br>CHRISTINA CORCORAN<br>Counsel for Joseph Raymond Rocha |
| DATED: July 29, 2024 | */s/ Robert Veneman-Hughes*<br>ROBERT VENEMAN-HUGHES<br>Assistant United States Attorney |

**IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated: July 29, 2024

_____
UNITED STATES DISTRICT JUDGE

2