PHILLIP A. TALBERT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH ROCHA<br><br>Defendants. | CASE NO. 1:24-CR-00081-KES-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Robert L. Veneman-Hughes, Assistant U.S. Attorney and and Christina Corcoran, attorney for defendant Joseph ROCHA, that the status conference set for August 14, 2024 at 1:00 pm before the Honorable Barbara A. McAuliffe be continued to October 23, 2024 at 1:00 p.m.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The parties need additional time to further investigate/explore matters related to resolving the case or setting a trial date.

2. By this stipulation, defendant now moves to continue the status conference, and to exclude time from August 14, 2024 to October 23, 2024.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports, and related documents, photographs, etc., in electronic form. All

Stipulation                                                    1

of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)      The parties are in the middle of litigation regarding Mr. Rocha's motion to dismiss the indictment. The hearing on Mr. Rocha's motion is currently scheduled for September 9, 2024.

      c)      With respect to the additional time from October 9, 2024 to October 23, 2024, defense would further like additional time for defense investigation, and the government does not object to the continuance on this basis.

      d)      An ends-of-justice delay is particularly apt in this case because:

- Defendant needs additional time to conduct additional investigation; and

- The parties are in the middle of litigation pertaining to Mr. Rocha's motion to dismiss the indictment.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of <u>August 14, 2024</u> to <u>October 23, 2024</u>, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(D), as the parties are in the middle of litigation regarding Mr. Rocha's motion to dismiss, and pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (h)(7)(B)(iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

**[Remainder of page intentionally left blank.]**

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: August 8, 2024

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By   /s/ Robert L. Veneman-Hughes
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

Dated: August 8, 2024

/s/ Christina Corcoran
CHRISTINA CORCORAN
Attorney for Defendant JOSEPH ROCHA

## **ORDER**

IT IS SO ORDERED that the status conference is continued from August 14, 2024, to **October 23, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C. § 3161(h)(1)(D), and 18 U.S.C.§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **August 8, 2024**        /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

Stipulation

3