1  HEATHER E. WILLIAMS
   Federal Defender
2  CHRISTINA M. CORCORAN
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, CA  93721-2226
4  Telephone: (559) 487-5561
   Fax: (559) 487-5950
5

6  Attorney for Defendant
   JOSEPH RAYMOND ROCHA
7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  1:24-CR-00081-KES-BAM

12                    Plaintiff,           **STIPULATION AND ORDER FOR
                                           CONTINUANCE OF MOTION HEARING**
13          v.

14  JOSEPH RAYMOND ROCHA,

15                    Defendant.

16

17

18        On July 18, 2024, the district court held a hearing on defendant's motion to dismiss and motion

19  to revoke the detention order.  ECF Dkt. # 34.  The parties subsequently set a briefing schedule for the

20  filing of further briefing in light of recent case law developments.  After conferring with the Court, the

21  parties hereby stipulate that the motion hearing scheduled for September 9, 2024, at 9:00 a.m., shall be

22  continued to September 16, 2024, at 10:00 a.m.

23        The parties further stipulate that defendant's deadline to reply is extended to September 9, 2024.

24        **IT IS SO STIPULATED.**

25  / / /

26  / / /

27  / / /

28

                                            1

Respectfully Submitted,

DATED:  September 3, 2024

*/s/ Christina Corcoran*
CHRISTINA CORCORAN
Counsel for Joseph Raymond Rocha

DATED:  September 3, 2024

*/s/ Robert Veneman-Hughes*
ROBERT VENEMAN-HUGHES
Assistant United States Attorney

IT IS SO ORDERED.

Dated:   September 3, 2024

UNITED STATES DISTRICT JUDGE

2