HEATHER E. WILLIAMS
Federal Defender
CHRISTINA M. CORCORAN
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JOSEPH RAYMOND ROCHA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH RAYMOND ROCHA,<br><br>Defendant. | CASE NO.  1:24-CR-00081-KES-BAM<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE**<br><br>DATE:  March 12, 2025<br>TIME:  1:00 p.m.<br>JUDGE:  Hon. Barbara A. McAuliffe |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, accordingly stipulate as follows:

1. By previous order this matter was set for a status conference hearing on January 22, 2025. The defense requests additional time for defense preparation and investigation.

2. By this stipulation, the parties agree that the next court date be on March 12, 2025. The parties also agree to exclude time between January 22, 2025, and March 12, 2025, under 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

3. The parties agree, and request that the Court find the following:

   a) The defense requests additional time for defense preparation and investigation. The government does not object to the continuance.

   b) Based on the above-stated findings, the ends of justice served by continuing the

1

case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

c) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from January 22, 2025, to March 12, 2025, inclusive, is deemed excludable under 18 U.S.C. §§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at the request of the parties on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: January 16, 2025

*/s/ Christina Corcoran*
Christina Corcoran
COUNSEL FOR
JOSEPH RAYMOND ROCHA

Dated: January 16, 2025

MICHELE BECKWITH
Acting United States Attorney

*/s/ Robert Veneman-Hughes*
ROBERT VENEMAN-HUGHES
Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED.** The status currently scheduled for January 22, 2025 at 1:00 p.m. is hereby continued to March 12, 2025, at 1:00 p.m. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of January 22, 2025, to March 12, 2025, inclusive, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: 1/16/2025

*Sheila K. Oberto*
HON. SHEILA K. OBERTO
Unites States Magistrate Judge

3