HEATHER E. WILLIAMS
Federal Defender
CHRISTINA M. CORCORAN
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JOSEPH RAYMOND ROCHA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH RAYMOND ROCHA,<br><br>Defendant. | CASE NO. 1:24-CR-00081-KES-BAM<br><br>**STIPULATION AND PROPOSED ORDER FOR AMENDED BRIEFING SCHEDULE** |

On May 14, 2025, the parties set a briefing schedule for Mr. Rocha's motion to suppress evidence. ECF Dkt. # 59. At this time, the parties hereby stipulate to shift the briefing schedule by one week. The proposed amended briefing schedule is as follows: Defense briefing due June 3, 2025; government response due June 23, 2025; defense reply due July 7, 2025.

**IT IS SO STIPULATED.**

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

|   |   |
|---|---|
|   | Respectfully Submitted, |
| DATED:  May 23, 2025 | */s/ Christina Corcoran*<br>CHRISTINA CORCORAN<br>Counsel for Joseph Raymond Rocha |
| DATED:  May 23, 2025 | */s/ Robert Veneman-Hughes*<br>ROBERT VENEMAN-HUGHES<br>Assistant United States Attorney |

IT IS SO ORDERED.

Dated: <u>May 23, 2025</u>

_____
UNITED STATES DISTRICT JUDGE

2