KIMBERLY A. SANCHEZ
Acting United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00081-KES-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER |
| v. | |
| JOSEPH ROCHA | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties that the status conference set for August 13, 2025 at 1:00 pm before the Honorable Barbara A. McAuliffe be continued to October 22, 2025 at 1:00 p.m.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The case is set for continued motion to suppress and evidentiary hearing on August 12, 2025. The court has not indicated whether it will rule from the bench or take the matter under submission. The outcome of the motion may be dispositive as to the case.

2. However the court rules, the parties will need time to meet and confer prior to a status conference.

3. By this stipulation, the parties now move to continue the status conference, and to exclude time from August 13, 2025 to October 22, 2025.

4. The parties agree and stipulate, and request that the Court find the following:

Stipulation                                              1

a) The government has represented that the discovery associated with this case includes investigative reports, and related documents, photographs, etc., in electronic form. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) With respect to the additional time from August 13, 2025 to October 22, 2025, an end-of-justice delay is appropriate to give the Court time for the prompt disposition of defendant's motion to suppress evidence. The parties also request additional time for plea negotiations and defense investigation.

c) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

d) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 13, 2025 to October 22, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (h)(1)(D), and (h)(7)(B)(iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

**[Remainder of page intentionally left blank.]**

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: August 7, 2025                     Respectfully submitted,

                                                   KIMBERLY A. SANCHEZ
                                                   Acting United States Attorney

                                     By     /s/ Robert L. Veneman-Hughes
                                                   ROBERT L. VENEMAN-HUGHES
                                                   Assistant United States Attorney

Dated: August 7, 2025                     /s/ Christina Corcoran
                                                   CHRISTINA CORCORAN
                                                   Attorney for Defendant JOSEPH ROCHA

## **ORDER**

IT IS SO ORDERED that the status conference is continued from August 13, 2025, to **October 22, 2025 at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), (h)(1)(D), and (h)(7)(B)(iv). The parties should be prepared to pick a trial date at a future status conference in 2025.

IT IS SO ORDERED.

Dated:   **August 7, 2025**                     /s/ Barbara A. McAuliffe
                                                  UNITED STATES MAGISTRATE JUDGE