ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00081-KES-BAM |
|---|---|
| Plaintiff, | STIPULATION TO RESET EVIDENTIARY HEARING |
| v. | |
| JOSEPH ROCHA | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties that the evidentiary hearing set for August 12, 2025 before the Honorable Kirk E. Sherriff be continued to August 18, 2025.

1. On August 8, 2025, counsel for defendant discovered an unexpected conflict on the morning of August 11, 2025. The parties consulted with the court, and August 18, 2025, was available on the court's schedule. The government and the government's witness can accommodate a continuance to that date.

2. No exclusion of time is needed as time has been previously excluded until October 22, 2025.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: August 11, 2025                                        Respectfully submitted,

                                                              ERIC GRANT
                                                              United States Attorney

Stipulation                                1

|     |                              |
|-----|------------------------------|
| By  | /s/ Robert L. Veneman-Hughes |
|     | ROBERT L. VENEMAN-HUGHES     |
|     | Assistant United States Attorney |

Dated: August 11, 2025

/s/ Christina Corcoran
CHRISTINA CORCORAN
Attorney for Defendant JOSEPH ROCHA

**ORDER**

IT IS SO ORDERED that the evidentiary hearing and continued motion to suppress be reset to August 18, 2025, at 10:00 AM, for the reasons set forth above.

IT IS SO ORDERED.

Dated:   August 11, 2025

_____
UNITED STATES DISTRICT JUDGE

Stipulation                                     2