ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:24-CR-00081-KES-BAM |
| Plaintiff, | REQUEST TO SET CHANGE OF PLEA |
| v. | |
| JOSEPH ROCHA | |
| Defendants. | |

This matter is set for jury trial on March 10, 2026. Defendant has indicated he wishes to enter an open change of plea before the Government begins trial preparation within the meaning of USSG § 3E1.1. Consequently, the parties requested the matter be set for an open change of plea on February 9, 2026, before the Honorable Judge Kirk E. Sherriff. No exclusion of time is needed as time has been previously excluded through the date of trial.

.

Dated: January 16, 2026                          Respectfully submitted,

                                                              ERIC GRANT
                                                              United States Attorney

                                        By      /s/ Robert L. Veneman-Hughes
                                                              ROBERT L. VENEMAN-HUGHES
                                                              Assistant United States Attorney

Dated: January 16, 2026              By:     /s/ Christina Corcoran
                                                              CHRISTINA CORCORAN
                                                              Attorney for JOSEPH ROCHA

Request to Set Open Change of Plea                          1

**ORDER**

A change of plea hearing is set for February 9, 2026, at 9:30 a.m. before District Judge Kirk E. Sherriff. Time has previously been excluded through March 10, 2026.

IT IS SO ORDERED.

Dated:    January 16, 2026

_____
UNITED STATES DISTRICT JUDGE

Request to Set Open Change of Plea                    2